# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAZAKODA, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>J&J OIL, INC., a California corporation; SHARON MELAMED; an individual; JENOUS TOOTIAN, an individual; EDMOND MELAMED, an individual; ROZITA SAFAEIPOUR, an individual; THE UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE, a Federal Agency; et al.,<br><br>　　　　　　Defendants. | Case No.: 2:17-CV-04387 JAK (PLAx)<br><br>**ORDER REMANDING CASE TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**<br><br>JS-6 |

Plaintiff Mazakoda, Inc. and Defendants J&J Oil, Inc., Sharon Melamed, Jenous Tootian, Edmond Melamed, and Rozita Safaeipour have filed a Joint Stipulation Requesting Remand. Having considered the Joint Stipulation, and good cause appearing therefor, the Court hereby REMANDS this case to Department 32 of the Superior Court of California in and for the County of Los Angeles, Hon. Daniel S. Murphy presiding, located at 111 N. Hill St., Los Angeles, California 90012, from which it was removed.

IT IS SO ORDERED.

DATED: July 6, 2017          By: _____
                                 Hon. John A. Kronstadt
                                 United States District Judge